Matrix   Angel Chimbo    Amended

Allied Collection

9301 Oakdale Ave. Ste 205

Chatsworth, CA 91311


National Grid NY

1 Metro Tech Center #1

Brooklyn, NY  11201


National Recovery Agency

2491 Paxton Street

Harrisburg, PA 17111


National Recovery Agency

2491 Paxton Street

Harrisburg, PA 17111


Nutribullet RX

11601 Wilshire Blvd.

Los Angeles, CA 90025


SPS / Select Portfolio Servicing, Inc

PO Box 65250

Salt Lake City, UT 84165

Matrix   Angel Chimbo    Amended

SYNCB/BP DC

PO Box 965024

Orlando, FL 32896

Verizon

140 West Street

New York, NY 10013

Ehret A. Van Horn, Esq.

Gross Polowy, LLC

1775 Wehrle Drive, Suite 100

Williamsville, NY 14221